# United States Bankruptcy Court
### Southern District of Ohio - Western Division at Dayton

In re: Dustin S. Wooten  
Debtor(s)

Case No.  
Chapter 7

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: October 15, 2010

/s/ Dustin S. Wooten  
Dustin S. Wooten  
Signature of Debtor