**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio - Western Division at Dayton**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 3:10-bk-36636 |
| Dustin S. Wooten } | |
| } | Chapter 7 |
| } | |
| **Debtor(s)** } | Judge Guy R. Humphrey |

**Certificate of Compliance with**
**11 U.S.C. §521 and Amended General Order #3**

I hereby certify that on October 15, 2010 I served the Interim Trustee with payment advices and tax returns as required by 11 U.S.C. §521(a)(1)(B)(iv),  11 U.S.C. §521(e)(2)(A) and in compliance with Amended General Order #3 (dated 1 February 2006) electronically, by hand delivery, or by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

Date:  October 15, 2010

      /s/  Kristin Radwanick
Kristin Radwanick 0079106
Case Attorney for Debtor
Christopher S. Owen 0080766, co-counsel
Macey & Aleman, P.C.
3131 S. Dixie Drive, Suite 400A
Moraine, Ohio 45439
(937) 643.3334
(937) 643.3230 (fax)
kra@legalhelpers.com